Johanna Decker, trading as E. Decker & Company, appellant, v. C. C. Dyball and George O. Cotton, trading as Dyball & Cotton, appellees. Gen. No. 24,605.

Action to recover damages because of misrepresentations and breach of implied warranty in sale of potatoes. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919. Rehearing denied October 12, 1919.

Stewart Reed Brown, for appellant. Helmer, Moulton, Whitman & Whitman, for appellees; Charles R. Holton, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Charles C. Martens, appellee, v. The L. & M. Rubber Company et al., appellants. Gen. No. 24,616.

Suit to rescind contract and recover consideration paid. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

David H. Jackson, for appellants. Walter F. Heineman and Clayton W. Mogg, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Victor Koricenski, appellee, v. The Pullman Company, appellant. Gen. No. 24,627.

Action to recover for personal injury to employee resulting from fall from scaffold. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed October 10, 1919.

Burry, Johnstone & Peters, for appellant. Lynn & Hallam, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Robert S. Iles and Robert D. Martin, appellees, v. Julius Heidenreich et al., on appeal of Ida M. Heidenreich, appellant. Gen. No. 24,630.

Creditors' bill. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with directions. Opinion filed October 10, 1919.

Farlin H. Ball and G. A. Buresh, for appellant. Robert S. Iles, for appellees.

Mr. Justice Barnes delivered the opinion of the court.